MAX WEINBERG et al., Appellants, *v.* PINCUS SCHRANK et al., Respondents, Impleaded with Others.

*Weinberg* v. *Schrank*, 115 App. Div. 247, affirmed.
(Argued February 26, 1908; decided March 13, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 5, 1906, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and granting a new trial in an action to impress a lien upon real property for an amount paid under a contract of sale.

*Milton Mayer*, for appellants.

*Wayland E. Benjamin*, for respondents.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

CHAMBERLAIN MEDICINE COMPANY, Appellant, *v.* THE ELK DRUG COMPANY, Respondent.

*Chamberlain Medicine Co.* v. *Elk Drug Co.*, 114 App. Div. 255, affirmed
(Argued February 27, 1908; decided March 13, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 29, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover a sum alleged to be due for goods sold and delivered.

*Thomas B. Merchant* and *L. M. Merchant* for appellant.

*Archibald Howard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.